**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00084-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANEGLO MICHAEL ST. JAMES,

    Defendant.

---

ORDER TERMINATING SUPERVISED RELEASE

---

    ORDERED that the violation hearing scheduled for March 18, 2009, be vacated, that the petition dated October 10, 2008, be withdrawn, and that the defendant's period of supervised release terminate effective this date.

    DATED at Denver, Colorado, this __6th__ day of March, 2009.

                      BY THE COURT:


                        __s/Lewis T. Babcock__
                        Lewis T. Babcock
                        United States District Judge